**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**


In Re:   Ronald L Duvall, Jr. and Jonette M Duvall        Case No. 13-27199-JFS
                                                          Chapter 7


**********************************
PNC Bank, National Association, Movant
vs.

Ronald L Duvall, Jr.
and Jonette M Duvall, Debtors
George W. Liebmann, Esq., Trustee
                      Respondent(s)


**NOTICE OF MOTION FOR RELIEF FROM STAY**
**AND HEARING THEREON**
**Real Property at 6884 Bugledrum Way, Columbia, Maryland 21045**


        PNC Bank, National Association, herein, has filed papers with the court seeking relief
from the automatic stay of 11 U.S.C. Sec. 362 (a) to enable it to proceed with the foreclosure of
its Deed of Trust.  Your rights may be affected.  You should read these papers carefully and
discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a
lawyer, you may wish to consult one.)


        The hearing is scheduled for **December 19, 2013 at 10:00 a.m.** in Courtroom 9-C,
United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, Maryland  21201. If you do
not want the court to grant the motion for relief from stay, or if you want the court to consider
your views of the motion, then by **December 5, 2013**, you or your lawyer must file a written
response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:


                      Michael T. Cantrell, Esq.
                      Attorney for Movant
                      312 Marshall Avenue, #800
                      Laurel, Maryland 20707

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

DATE: November 18, 2013

/s/ Michael T. Cantrell, Esq.
Attorney for Movant
Bar No. 08793
312 Marshall Avenue, #800
Laurel, MD  20707
301-490-1196
bankruptcymd@mwc-law.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on November 18, 2013, to Ronald L Duvall, Jr. at 4387 Montgomery Road, Ellicott City, Maryland 21043 and Jonette M Duvall at 6884 Bugledrum Way, Columbia, Maryland  21045. Copies were sent electronically via the CM/ECF system to Charles J. Broida, Attorney for Debtors and George W. Liebmann, Esq., Trustee.

/s/ Michael T. Cantrell, Esq.